# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 08m-1048E |
| | ) |
| JOSHUA G. ANDERSON, | ) |
| | ) |
| Defendant, | ) Violation: 18 U.S.C. § 641 |

## INFORMATION

### Count 1

On or about April 7, 2007 in Comanche County, in the Western District of Oklahoma, on the Fort Sill Military Reservation,

- - - - - - - - - - - - - - - - - - - JOSHUA G. ANDERSON - - - - - - - - - - - - - - - - - - - - - -

the defendant herein, did steal approximately $2,500.00 from the Fort Sill Finance Department, on the Fort Sill Military Reservation, by submitting a fraudulent travel voucher for his Permanent Change of Station (PSC) move. He claimed that he had four children with him, when he only had his wife and himself. He admitted to the above offense.

All of said act are in violation of Title 18 U.S.C. § 641

United States Attorney

TIMOTHY LIESMANN
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Fort Sill, OK 73503
(580) 442-3900

**STATE OF OKLAHOMA**            )
                                             ) SS

**COUNTY OF COMANCHE**            )

## <u>VERIFICATION</u>

I, TIMOTHY LIESMANN, being first duly sworn, state that I have read and know the contents of the foregoing Information and, to the best of my knowledge and belief, the statements therein are true and correct.

TIMOTHY LIESMANN
Special Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me this _____21st_____ day of ___Feb.___, _08___

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE