UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA


ENTRY OF APPEARANCE

UNITED STATES OF AMERICA

v.

Joshua G Anderson

CASE NUMBER: 08-1048

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for the Plaintiff, UNITED
STATES OF AMERICA.

I certify that I am admitted to practice in this court and I am registered with the Court's
ECF System.


Date: 3 March 2008


/s/ Timothy A. Liesmann
TIMOTHY A. LIESMANN
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Fort Sill, OK 73503
(580) 442-3900