# UNITED STATES DISTRICT COURT

<table>
<tr><td>WESTERN</td><td>District of</td><td>OKLAHOMA</td></tr>
</table>

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |
| JOSHUA ANDERSON | Case Number:   08M-1048E |
| | USM Number: |
| | Pro-Se |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 641 | THEFT | 4/7/2007 | 1 |

The defendant is sentenced as provided in pages _1_ through ___1___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   (1)   ☑ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/18/2008

Date of Imposition of Judgment

_Shon T. Erwin_ (signature)

Signature of Judge

| Shon T. Erwin | US Magistrate Judge |
|---|---|
| Name of Judge | Title of Judge |

12/18/2008

Date